☐ With Suit for Rent

In the Justice Court, Precinct 1, Galveston County, Texas

Plaintiff _Linda Solook_
(Landlord/Property Name)

vs

Defendant(s) _John Shively_
_Anna Shively_

Rental Subsidy (if any) _____
Tenant's Portion _____
Total Monthly Rent $ _____

COMPLAINT: Plaintiff (Landlord) hereby complains of the defendant(s) named above for eviction of plaintiff's premises (including storerooms and parking areas) located in the above precinct. Address of the property is:

_2712 Ave H_  _San Leon_  _TX_  _77539_  _409-229-0006_
Street Address   Unit No. (if any)   City   State   Zip   Phone Number

1. SERVICE OF CITATION: Service is requested on defendant(s) by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are: _____

2. ☒ UNPAID RENT AS GROUNDS FOR EVICTION: Defendant(s) failed to pay rent for the following time period(s): _____
   TOTAL DELINQUENT RENT AS OF DATE OF FILING IS: $ _____
   Plaintiff reserves the right to orally amend the amount at trial to include rent due from the date of filing through the date of trial.

3. ☒ OTHER GROUNDS FOR EVICTION/LEASE VIOLATIONS: Lease Violations (if other than non-paid rent - list lease violations)
   _Damage to property_

4. ☒ HOLDOVER AS GROUNDS FOR EVICTION: Defendant(s) are unlawfully holding over since they failed to vacate at the end of the rental term or renewal or extension period, which was the ____ day of _____, 20____.

5. NOTICE TO VACATE: Plaintiff has given defendant(s) a written notice to vacate (according to Chapter 24.005 of the Texas Property Code) and demand for possession. Such notice was delivered on the _29_ day of _Oct_ and delivered by this method: _letter to vacate_

6. ATTORNEY'S FEES: Plaintiff ☐ will be or ☐ will NOT be seeking applicable attorney's fees. Attorney's name, address, and phone & fax numbers are: _____

7. ☒ BOND FOR POSSESSION: If Plaintiff has filed a bond for possession, plaintiff requests (1) that the amount of plaintiff's bond and defendant's counter bond be set, (2) that plaintiff's bond be approved by the Court, and (3) that proper notices as required by the Texas Justice Court Rules are given to Defendant(s).

REQUEST FOR JUDGMENT: Plaintiff prays that defendant(s) be served with citation and that plaintiff have judgment against defendant(s) for: possession of premises, including removal of defendant(s) and defendant(s)'s possession from the premises, unpaid rent IF set forth above, attorney's fees, court costs, and interest on the above sums at the rate stated in the rental contract, or if not so stated, at the statutory rate for judgments under Civil statutes Article 5069-1.05.

☒ I give my consent for the answer and any other motions or pleadings to be sent to my email address which is: _____

_Linda Solook_                              _Linda Solook_
Petitioner's Printed Name                    Signature of Plaintiff (Landlord/Property Owner) or Agent

DEFENDANT(S) INFORMATION (if known):        _2712 Ave H_
                                             Address of Plaintiff (Landlord/Property Owner) or Agent
Date of Birth: _____                      _San Leon_  _TX_  _77539_
Last 3 #'s of D.L. _____                  City       State   Zip
Last 3 #'s of Social Security: _____      _832-969-5853_
                                             Phone & Fax No. of Plaintiff (Landlord/Property Owner) or Agent

Court/Notary use only

Sworn to and subscribed before me this _19_ day of _Feb_

Clerk of the Justice Court or Notary